STATE OF CONNECTICUT *v.* JOHN BLASIUS

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 289, is granted, limited to the following issue:

"Did the Appellate Court err in reversing the trial court's dismissal of the information against the defendant?"

*Hugh F. Keefe* and *Michael J. McClary,* in support of the petition.

*Leah Hawley,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988

JOHN M. SKINNER *v.* COLIN ANGLIKER, DIRECTOR OF WHITING FORENSIC INSTITUTE, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 297, is granted, limited to the following issue:

"Did the Appellate Court err in deciding that a discharged employee who initiated an action under Connecticut General Statutes Section 31-51q et seq. was not entitled to a trial by jury?"

*Igor I. Sikorsky,* in support of the petition.

*William J. McCullough,* assistant attorney general, in opposition.

Decided September 20, 1988

STANLEY V. TUCKER *v.* CITY OF HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 513, is denied.

*Stanley V. Tucker,* pro se, in support of the petition.

Decided September 20, 1988